UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

JOHN WILEY & SONS, INC.,            :

              Plaintiff,   :

    -against-                     :

BORGASORUS BOOKS, INC.,             :
SHAWN GROOMS AND JENNIFER
GROOMS ALL D/B/A BORGASORUS         :
BOOKS AND JOHN DOES NOS. 1-5,
                               :

             Defendants.   :

- - - - - - - - - - - - - - - - - x

*JUDGE CHIN*

**08 CV 7036**

**RECEIVED AUG 0 7 2008 U.S.D.C. S.D.N.Y. CASHIERS**

RULE 7.1 STATEMENT

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for John Wiley & Sons, Inc. (a private, non-governmental party) certifies that no publicly-held corporation owns more than 10% of the stock of the said party.

DATE: 8/7/08

                                    William Dunnegan
                                    SIGNATURE OF ATTORNEY