AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN **DISTRICT OF** NEW YORK

JOHN WILEY & SONS, INC.,

Plaintiff,

V.

BORGASORUS BOOKS, INC., SHAWN GROOMS, AND JENNIFER GROOMS, ET AL,

Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**08 CV 7036**

TO: (Name and address of defendant)

Borgasorus Books, Inc., Shawn Grooms and Jennifer Grooms
22246 Shelton Road
Warrenton, Missouri 63383

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William Dunnegan
Dunnegan LLC
350 Fifth Avenue
New York, New York 10118

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                            AUG 07 2008

CLERK

(BY) DEPUTY CLERK                             DATE

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons, Complaint, Individual Judge Rules, and ECF Rules & Instructions was made by me[1]<br>Richard Raymond<br>**Name of Server** *(Print)* | 8/15/08  4:01 pm<br>Date     Time<br>Process Server<br>Title |

*Check the appropriate method(s) of service below and supply the information requested.*

☐ **Served personally upon the defendant.**
   Physical description of the defendant: _____
   Place served: _____

☐ **Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.**
   Name of the person with whom the documents were left: _____
   Physical description of the person with whom the documents were left: _____
   Person's relationship to defendant: _____

☐ **Returned Unexecuted** *(specify)*: _____

☒ **Other** *(specify)*: Served Jennifer Grooms, registered agent for corporation

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on 8/18/08
Date

X Richard L Raymond
Signature of Server

7186 Manchester
St Louis MO 63143
Address of Server

MLQ ATTORNEY SERVICES
2000 RIVEREDGE PARKWAY NW
SUITE 885
ATLANTA, GA 30328
1-800-446-8794

(1) As to who may serve a summons, see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
Docket number 08CV7036

**John Wiley & Sons Inc.**

    Plaintiff,

vs.

**Borgasorus Books Inc.,**

    Defendant,

_____/

AFFIDAVIT OF SERVICE

I, Richard A. Raymond affirm and depose that I am a Process Server 18 years of age or over who is not a party to the action.

I hereby certify and return that on 08/15/2008 at 4:01 PM, I served copies of the Summons and Complaint Personally upon **Borgasorus Books Inc.** as articulated below.

By delivering a copy to **Jennifer Grooms** personally; **REGISTERED AGENT** thereof, an authorized person to accept service of process.

Said service was effected at: **22246 Shelton Road, Warrenton, MO 63383.**

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:

Sex: **Female** Race: **White** Hair: **Blonde** Height: **Medium** Weight: **Medium** Place: **House**

I certify that the foregoing statements made by me are true, correct and my free act and deed.

Richard A. Raymond

The foregoing affidavit sworn and subscribed before me today, August 18, 2008

Bridget Desimone      Larry Skaggs      Kelley A. Bannister

JobNo. 124726

KELLEY A. BANNISTER
Notary Public - Notary Seal
STATE OF MISSOURI
St Louis County
My Commission Expires: May 13, 2011
Commission # 07480028