AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

JOHN WILEY & SONS, INC.,

Plaintiff,

V.

BORGASORUS BOOKS, INC., SHAWN GROOMS, AND JENNIFER GROOMS, ET AL,

Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**08 CV 7036**

TO: (Name and address of defendant)

Borgasorus Books, Inc., Shawn Grooms and Jennifer Grooms
22246 Shelton Road
Warrenton, Missouri 63383

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William Dunnegan
Dunnegan LLC
350 Fifth Avenue
New York, New York 10118

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    AUG 0 7 2008

CLERK                                                               DATE

(BY) DEPUTY CLERK

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons, Complaint, Individual Judge Rules, and ECF Rules & Instructions was made by me[1] <br> *Richard Raymond* <br> Name of Server (Print) | Date: 8/15/08  Time: 4:01 pm <br> Title: Process Server |

Check the appropriate method(s) of service below and supply the information requested.

[✓] **Served personally upon the defendant.**
Physical description of the defendant: _____

Place served: *22246 Shelton Road, Warrenton MO 63383*

[ ] **Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.**
Name of the person with whom the documents were left: _____

Physical description of the person with whom the documents were left: _____

Person's relationship to defendant: _____

[ ] **Returned Unexecuted** *(specify)*: _____

[ ] **Other** *(specify)*: _____

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on 8/18/08
Date

X *Richard A Raymond*
Signature of Server

*7186 Manchester*
*St Louis MO 63143*
Address of Server

MLQ ATTORNEY SERVICES
2000 RIVEREDGE PARKWAY NW
SUITE 885
ATLANTA, GA 30328
1-800-446-8794

(1) As to who may serve a summons, see Rule 4 of the Federal Rules of Civil Procedure.